FILED _____  LODGED
_____ RECEIVED _____ COPY

APR 0 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  **WO**

2

3

4

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

8

9  United States of America,              )    CR 01-0523-2-PCT-DGC
                                          )
10               Plaintiff,               )
                                          )
11  vs.                                   )
                                          )
12  Jeffery David Martinez,               )         **ORDER**
                                          )
13               Defendant.               )
                                          )
14  _____      )

15

16      A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on March 28, 2007.

18      **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21      **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1        **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2   court.

3        DATED this 3rd day of April, 2007.

4

5

6                                    Lawrence O. Anderson
                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28